| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>837498<br>**PHELAN HALLINAN DIAMOND & JONES, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: Quicken Loans, LLC | Order Filed on September 4, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>DHAVAL Y. PUROHIT<br>MIRA D. PUROHIT | Case No: 20-15567 - CMG<br><br>Hearing Date: 09/02/2020<br><br>Judge:  Christine M. Gravelle |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 4, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

837498
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>ATTORNEYS FOR QUICKEN LOANS, LLC</u>

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:

    DHAVAL Y. PUROHIT
    MIRA D. PUROHIT

          Debtors

CASE NO. 20-15567 - CMG

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 09/02/2020

    This Consent Order pertains to the property located at 1 Mink Run Court, North Brunswick, NJ 08902-3151, mortgage account ending with "0645";

    **THIS MATTER** having been brought before the Court by Thomas M. Monahan, Esquire attorney for debtors, Dhaval Y. Purohit and Mira D. Purohit, upon the filing of a Chapter 13 Plan, Quicken Loans, LLC by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    **IT IS ORDERED as follows:**

    1.    The debtors' plan is hereby amended to allow **$49,780.71** to be paid to Quicken Loans, LLC. Said amount reflects that found on Quicken Loans, LLC's **Proof of Claim # 11**.

    2.    If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Quicken Loans, LLC's allowed secured proof of claim.

    3.    Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

    4.    This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

**PHELAN HALLINAN DIAMOND & JONES, PC**
Attorneys for Secured Creditor:
**QUICKEN LOANS, LLC**

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

        Dated: 08/28/2020

/s/ Thomas M. Monahan        Dated: 09/03/2020
Thomas M. Monahan, Esquire
Attorney for debtors