**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security    **0** Assumption of Executory Contract or Unexpired Lease    **0** Lien Avoidance

**Last Revised August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                                 Case No. **3:20-bk-15567**
                                                                       Judge _____

**Purohit, Dhaval Y. & Purohit, Mira D.**
                      Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

[ ] Original            [ ] Modified/Notice Required         Date: **October 13, 2020**

[ ] Motions Included    [X] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

[ ] DOES **[X]** DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

[ ] DOES **[X]** DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[ ] DOES **[X]** DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: **TMM**        Initial Debtor: **DYP**        Initial Co-Debtor: **MDP**

**Part 1: Payment and Length of Plan**

a.  The debtor shall pay $ **2,772.19** per **month** to the Chapter 13 Trustee, starting on   **12/1/2020**   for approximately **60** months.

b.  The debtor shall make plan payments to the Trustee from the following sources:
    **[X]** Future Earnings
    **[ ]** Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
    **[ ]** Sale of real property
       Description:
       Proposed date for completion: _____

    **[ ]** Refinance of real property
       Description:
       Proposed date for completion: _____

    **[ ]** Loan modification with respect to mortgage encumbering property
       Description:
       Proposed date for completion: _____

d.  **[ ]** The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  **[ ]** Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection [X] NONE**

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Internal Revenue Service** | **Taxes** | **$25,535.71** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
**[ ]** The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

**Part 4: Secured Claims**

2

**a. Curing Default and Maintaining Payments on Principal Residence: [ ]NONE**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Quicken Loans** | 1 Mink Run Ct, North Brunswick, NJ 08902-3151 | **$49,780.71** | **2.00%** | **$49,780.71** | **3,010.00** |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **None** | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim

3

shall discharge the corresponding lien.

**e. Surrender [X] NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **None** | | | |

**f. Secured Claims Unaffected by the Plan [ ] NONE**

The following secured claims are unaffected by the Plan:

| Creditor | Collateral | Value of Collateral | Treatment of Claim |
|---|---|---|---|
| **Carvana, LLC** | **2016 Nissan Pathfinder** | **$17,000.00** | **Outside Plan** |
| **BMW Bank of North America** | **2017 BMW X5** | **$34,400.00** | **Outside Plan** |

**g. Secured Claims to Be Paid in Full Through the Plan [X] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **None** | | |

**Part 5: Unsecured Claims [ ] NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

\_\_\_ Not less than $ _____ to be distributed *pro rata*
**X** Not less than **100** percent
\_\_\_ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6: Executory Contracts and Unexpired Leases [X] NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **None** | | | | |

**Part 7: Motions [ X ] NONE**

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   **a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). [  ] NONE**
   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

   **b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured. [X] NONE**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **None** | | | | | | |

   **c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. [X] NONE**

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **None** | | | | | |

**Part 8: Other Plan Provisions**

   **a. Vesting of Property of the Estate**

   **X**   Upon Confirmation
   ___   Upon Discharge

   **b. Payment Notices**

   Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

5

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

**d. Post-petition claims** The Standing Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification [ ] NONE**

NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:    **4/15/2020**

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| To provide payment of mortgage arrears, to provide payment of car loans outside plan and to provide 100% payment to GUCS | Increased arrears amount to Quicken, provided for car loans to be paid outside of plan and 100% to GUCS. |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

**Part 10: Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

**[X]** NONE
**[ ]** Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **October 13, 2020**          */s/ Dhaval Purohit*
                                      Debtor

| Date: **October 13, 2020** | */s/ Mira Purohit* |
| | Joint Debtor |
| Date: **October 13, 2020** | */s/ Thomas M. Monahan* |
| | Attorney for the Debtor(s) |

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 20-15567-CMG
Dhaval Y. Purohit    Chapter 13
Mira D. Purohit
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Oct 19, 2020    Form ID: pdf901    Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Dhaval Y. Purohit, Mira D. Purohit, 1 Mink Run Ct, North Brunswick, NJ 08902-3151 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518802599 | + | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518802598 | + | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 518838658 | + | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 518802600 | | Best Buy/CBNA, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 518802604 | | Center Village HOA, 212 Michaels Ct, Woodbridge, NJ 07095-1431 |
| 518802605 | | Citi Cards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 518865797 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518802609 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB / Bloomingdales, P.O. Box 8218, Mason, OH 45040-0000 |
| 518822808 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518802613 | | Lyons Doughty & Veldhuis, PC, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518860650 | + | QUICKEN LOANS, LLC ET.AL., QUICKEN LOANS, LLC ET.AL., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518802620 | + | Sequium Asset Solution, 1130 Northchase Parkway St, Marietta, GA 30067-6413 |
| 518802626 | | TD Bank/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 518802627 | | WF/FMG, PO Box 14517, Des Moines, IA 50306-3517 |
| 518802628 | | WF/Home, PO Box 14517, Des Moines, IA 50306-3517 |
| 518862609 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2020 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2020 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518807136 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 19 2020 21:59:19 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518802601 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Oct 19 2020 21:57:56 | BMW Financial Services, 5515 Parkcenter Cir, Dublin, OH 43017-3584 |
| 518807137 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 19 2020 21:57:52 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518802602 | | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Oct 19 2020 21:51:00 | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 518802603 | | Email/Text: mnapoletano@ars-llc.biz | Oct 19 2020 21:51:00 | Capella University, c/o Ability Recovery Service, |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | PO Box 4031, Wyoming, PA 18644-0031 |
| 518805248 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Oct 19 2020 21:51:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 518802606 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 19 2020 21:57:54 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 518802607 | | Email/Text: G06041@att.com | Oct 19 2020 21:51:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062 |
| 518802608 | | Email/Text: mrdiscen@discover.com | Oct 19 2020 21:50:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850 |
| 518865798 | | Email/Text: bnc-quantum@quantum3group.com | Oct 19 2020 21:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518807907 | | Email/Text: mrdiscen@discover.com | Oct 19 2020 21:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518802610 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 19 2020 21:50:00 | Internal Revenue Service, PO Box 9012, Holtsville, NY 11742-9012 |
| 518863507 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 19 2020 21:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518802611 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 19 2020 21:57:50 | JPMCB Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518802612 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2020 21:57:56 | LVNV Funding LLC, PO Box 740281, Houston, TX 77274-0281 |
| 518853446 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2020 21:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518802615 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2020 21:51:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518802616 | + | Email/Text: bnc@nordstrom.com | Oct 19 2020 21:50:41 | Nordstrom, P.O. Box 13589, Scottsdale, AZ 85267-3589 |
| 518802617 | | Email/Text: bankruptcyteam@quickenloans.com | Oct 19 2020 21:51:00 | Quicken Loan, Inc., 20555 Victor Parkway, Livonia, MI 48152-7031 |
| 518802618 | | Email/Text: bankruptcyteam@quickenloans.com | Oct 19 2020 21:51:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 518802621 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2020 21:57:48 | SYNCB, P.O. Box 965005, Orlando, FL 32896-5005 |
| 518802622 | | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2020 21:57:48 | SYNCB / Banana Republic, PO Box 965005, Orlando, FL 32896-5005 |
| 518802623 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2020 21:58:31 | SYNCB / Banana Repulic, P.O. Box 965005, Orlando, FL 32896-5005 |
| 518802624 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2020 21:57:48 | SYNCB / Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 518802625 | | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2020 21:58:31 | SYNCB/Amazon PL CC, PO Box 965015, Orlando, FL 32896-5015 |
| 518802619 | | Email/Text: compliance@sentrycredit.com | Oct 19 2020 21:52:00 | Sentry Credit Inc., 2809 Grand Ave, Everett, WA 98201-3417 |
| 518803548 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2020 21:58:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518843577 | + | Email/Text: bncmail@w-legal.com | Oct 19 2020 21:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518802614 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macys/DSNB, PO Box 8218, Mason, OH 45040-8218 |
| jdb | * | Mira D. Purohit, 1 Mink Run Ct, North Brunswick, NJ 08902-3151 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2020            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Davidow | on behalf of Creditor QUICKEN LOANS LLC nj.bkecf@fedphe.com |
| Stephen M. Hladik | on behalf of Creditor CARVANA LLC shladik@hoplawyers.com, pfranz@hoflawgroup.com |
| Thomas M. Monahan | on behalf of Debtor Dhaval Y. Purohit simonmonahan216@gmail.com tommon1@aol.com |
| Thomas M. Monahan | on behalf of Joint Debtor Mira D. Purohit simonmonahan216@gmail.com tommon1@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7