Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−15567−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dhaval Y. Purohit                                Mira D. Purohit
   1 Mink Run Ct                                    1 Mink Run Ct
   North Brunswick, NJ 08902−3151        North Brunswick, NJ 08902−3151

Social Security No.:
   xxx−xx−5101                                       xxx−xx−1079

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 17, 2020.

Dated: December 17, 2020
JAN: dmi

                                                                                     Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 20-15567-CMG

Dhaval Y. Purohit                                                                         Chapter 13

Mira D. Purohit

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                     Page 1 of 3
Date Rcvd: Dec 17, 2020                    Form ID: plncf13                              Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Dhaval Y. Purohit, Mira D. Purohit, 1 Mink Run Ct, North Brunswick, NJ 08902-3151 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518802599 | + | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518802598 | + | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 518838658 | + | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 518802600 | | Best Buy/CBNA, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 518802604 | | Center Village HOA, 212 Michaels Ct, Woodbridge, NJ 07095-1431 |
| 518802605 | | Citi Cards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 518865797 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518802609 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB / Bloomingdales, P.O. Box 8218, Mason, OH 45040-0000 |
| 518822808 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518802613 | | Lyons Doughty & Veldhuis, PC, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518860650 | + | QUICKEN LOANS, LLC ET.AL., QUICKEN LOANS, LLC ET.AL., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518802620 | + | Sequium Asset Solution, 1130 Northchase Parkway St, Marietta, GA 30067-6413 |
| 518802626 | | TD Bank/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 518802627 | | WF/FMG, PO Box 14517, Des Moines, IA 50306-3517 |
| 518802628 | | WF/Home, PO Box 14517, Des Moines, IA 50306-3517 |
| 518862609 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2020 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2020 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518807136 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 17 2020 23:25:57 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518802601 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Dec 17 2020 23:29:30 | BMW Financial Services, 5515 Parkcenter Cir, Dublin, OH 43017-3584 |
| 518807137 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 17 2020 23:32:56 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518802602 | | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Dec 17 2020 21:46:00 | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 518802603 | | Email/Text: mnapoletano@ars-llc.biz | Dec 17 2020 21:47:00 | Capella University, c/o Ability Recovery Service, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | PO Box 4031, Wyoming, PA 18644-0031 |
| 518805248 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Dec 17 2020 21:46:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 518802606 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 17 2020 23:25:56 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 518802607 | | Email/Text: G06041@att.com | Dec 17 2020 21:46:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062 |
| 518802608 | | Email/Text: mrdiscen@discover.com | Dec 17 2020 21:44:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850 |
| 518865798 | | Email/Text: bnc-quantum@quantum3group.com | Dec 17 2020 21:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518807907 | | Email/Text: mrdiscen@discover.com | Dec 17 2020 21:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518802610 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2020 21:45:00 | Internal Revenue Service, PO Box 9012, Holtsville, NY 11742-9012 |
| 518863507 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 17 2020 21:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518802611 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 17 2020 23:29:07 | JPMCB Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518802612 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2020 23:26:13 | LVNV Funding LLC, PO Box 740281, Houston, TX 77274-0281 |
| 518853446 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 17 2020 21:46:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518802615 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 17 2020 21:46:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518802616 | + | Email/Text: bnc@nordstrom.com | Dec 17 2020 21:45:03 | Nordstrom, P.O. Box 13589, Scottsdale, AZ 85267-3589 |
| 518802617 | | Email/Text: bankruptcyteam@quickenloans.com | Dec 17 2020 21:46:00 | Quicken Loan, Inc., 20555 Victor Parkway, Livonia, MI 48152-7031 |
| 518802618 | | Email/Text: bankruptcyteam@quickenloans.com | Dec 17 2020 21:46:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 518802621 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 23:29:03 | SYNCB, P.O. Box 965005, Orlando, FL 32896-5005 |
| 518802622 | | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 23:32:26 | SYNCB / Banana Republic, PO Box 965005, Orlando, FL 32896-5005 |
| 518802623 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 23:25:44 | SYNCB / Banana Repulic, P.O. Box 965005, Orlando, FL 32896-5005 |
| 518802624 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 23:29:03 | SYNCB / Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 518802625 | | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 23:25:45 | SYNCB/Amazon PL CC, PO Box 965015, Orlando, FL 32896-5015 |
| 518802619 | | Email/Text: compliance@sentrycredit.com | Dec 17 2020 21:47:00 | Sentry Credit Inc., 2809 Grand Ave, Everett, WA 98201-3417 |
| 518803548 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 23:25:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518843577 | + | Email/Text: bncmail@w-legal.com | Dec 17 2020 21:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518802614 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macys/DSNB, PO Box 8218, Mason, OH 45040-8218 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Antonio G. Bonanni | on behalf of Creditor CARVANA  LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Davidow | on behalf of Creditor QUICKEN LOANS  LLC nj.bkecf@fedphe.com |
| Stephen M. Hladik | on behalf of Creditor CARVANA  LLC shladik@hoplawyers.com, pfranz@hoflawgroup.com |
| Thomas M. Monahan | on behalf of Debtor Dhaval Y. Purohit simonmonahan216@gmail.com  tommon1@aol.com |
| Thomas M. Monahan | on behalf of Joint Debtor Mira D. Purohit simonmonahan216@gmail.com  tommon1@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8